MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 552-6031
    Facsimile: (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0631 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| MELSAR REYNER GODOY, | |
| Defendant. | |

    The parties appeared before the Court on October 13, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 13, 2010 to November 4, 2010, in light of the need for the defense review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparationof counsel, taking into account the exercise of

1 | due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 13, 2010 to November 4, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 13, 2010 to November 4, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: October 18, 2010       /s/
          PATRICIA SPALETTA
          Special Assistant United States Attorney

DATED: October 18, 2010       /s/
          Daniel Blank
          Assistant Federal Public Defender

SO ORDERED.

DATED: 10/26/10

          THE HON. [signature: Judge Joseph C. Spero]
          United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. MELSAR REYNER GODOY, CR 10-0631       2