1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
   450 Golden Gate Avenue, Box 36055
7  San Francisco, California  94102
   Telephone: (415) 552-6031
8  Facsimile: (415) 436-7234
   Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,        )   No. CR 10-0631 ~~WHA~~ VRW
                                    )
17         Plaintiff,                )   STIPULATION AND [~~PROPOSED~~] ORDER
                                    )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18         v.                        )
                                    )
19 MELSAR REYNER GODOY,              )
                                    )
20         Defendant.                )
                                    )
21

22
       The parties appeared before the Court on November 4, 2010.  With the agreement of
23
   counsel for both parties, the Court found and held as follows:
24
       1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
25
   from November 4, 2010 to December 2, 2010, in light of the need for the defense to review
26
   discovery and prepare the case.  Failure to grant the requested continuance would unreasonably
27
   deny defense counsel reasonable time necessary for effective preparation of counsel, taking into
28

1  account the exercise of due diligence.

2     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 4, 2010 to December 2, 2010, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 4, 2010 to December 2, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: November 8, 2010        /s/
                              PATRICIA SPALETTA
                              Special Assistant United States Attorney

DATED: November 8, 2010        /s/
                              Daniel Blank
                              Assistant Federal Public Defender

SO ORDERED.

DATED: 11/10/2010

                              THE HON. VAUGHN R. WALKER
                              United States Chief Judge