1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  MIRANDA KANE (CABN 150630)
   Acting Chief, Criminal Division
4

5  PATRICIA SPALETTA (CABN 156788)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone: (415) 552-6031
8      Facsimile: (415) 436-7234
       Patricia.Spaletta@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,          )   No. CR 10-0631 ~~WHA~~  VRW
                                      )
17        Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~] ORDER
                                      )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18    v.                              )
                                      )
19 MELSAR REYNER GODOY,               )
                                      )
20        Defendant.                  )
                                      )
21

22
        The parties appeared before the Court on December 2, 2010.  With the agreement of
23
   counsel for both parties, the Court found and held as follows:
24
        1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
25
   from December 2, 2010 to January 13, 2011, in light of the need for the defense to consider a
26
   possible resolution of the case.  Failure to grant the requested continuance would unreasonably
27
   deny defense counsel reasonable time necessary for effective preparation of counsel, taking into
28

1  account the exercise of due diligence.

2     2. Given these circumstances, the Court found that the ends of justice served by excluding

3  the period from December 2, 2010 to January 13, 2011, outweigh the best interest of the public

4  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from

6  December 2, 2010 to January 13, 2011, be excluded from the Speedy Trial Act calculations under

7  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

9     SO STIPULATED:

11                               MELINDA HAAG
                               United States Attorney

13 DATED: December 6, 2010                 /s/
                               PATRICIA SPALETTA
14                                Special Assistant United States Attorney

16 DATED: December 6, 2010                 /s/
                               Daniel Blank
17                                Assistant Federal Public Defender

19 SO ORDERED.

21 DATED: 12/9/2010

                               THE HONORABLE VAUGHN R. WALKER
                               United States Chief Judge